WILLIAM R. TAMAYO — #084965 (CA)
DAVID F. OFFEN-BROWN #063321 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5667
Facsimile: (415) 625-5609

WILFREDO TUNGOL, #2550 (HI)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Honolulu Local Office
300 Ala Moana Blvd., Rm. 7-127
Honolulu, HI 96850-0051
Telephone: (808) 541-3121
Facsimile: (808) 541-3390

Attorneys for Plaintiff

FILED
Clerk
District Court

DEC -2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAKO CORPORATION,<br><br>Defendant. | Civil Action No. 05-0022<br><br>REQUEST FOR ENTRY OF DEFAULT;<br>EXHIBITS "1" and "2";<br>and ENTRY OF DEFAULT |

## REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK OF COURT:

Plaintiff Equal Employment Opportunity Commission hereby requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure that default be entered against Defendant Sako Corporation on the Complaint filed on July 12, 2005 filed by Equal Employment Opportunity Commission for failure to answer or otherwise respond to said Complaint.

The Complaint was served to the Defendant's last known address and through the CNMI

Request for Entry of Default
EEOC v. Sako Corp. (Civ. 05-0022)

Received  Dec-02-2005  09:25    From-808 541 3390    To-US DISTRICT COURT, N    Page 002

1  Registrar of Corporation on November 2, 2005 (see attached Exhibit "1") by prepaid postage,
2  U.S. mail, pursuant to 4 CMC §4334(b). More than twenty days from the date of delivery
3  (November 9, 2005) (see attached Exhibit "2") of the Complaint have elapsed and Defendant did
4  not serve a response to the Complaint.

5      DATED: December 1, 2005.

6
7                                              WILFREDO TUNGOL
                                               Trial Attorney for Plaintiff
8

9  DEFAULT ENTERED AS REQUESTED ON:   December __2__, 2005.
10
11
12                                             GALO L. PEREZ
                                               Clerk of Court
13

14

15

16

17

18

19

20

21

22

23

24

25
                                                                    RECEIVED
26
                                                                    DEC - 2 2005
27

28

Request for Entry of Default
EEOC v. Sako Corp. (Civ. 05-0022)                2





**EXHIBIT**



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 11-9-0<br>C. Signature<br>X _Dnny Ak_  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below. ☐ No |
| 1. Article Addressed to:<br>Sako Corporation<br>c/o Registrar of Corporation<br>Caller Box 10007<br>Saipan, MP 96950 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7004 2510 0009 3700 4814 | |
| PS Form 3811, July 1999  Domestic Return Receipt | 102595-00-M-0952 |

**EXHIBIT**

**2**