```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              FEB 24 2006

                                           For The Northern Mariana Islands
                                           By_____
                                                  (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. 05-0022 |
| Plaintiff | ) ) | |
| v. | ) ) | MOTION FOR DISMISSAL WITH PREJUDICE |
| SAKO CORPORATION, | ) ) | |
| Defendant | ) ) | |

IT APPEARING that defendant corporation has ceased to do business in the Commonwealth, that it has no assets, and that there is no reasonable prospect of obtaining a meaningful judgment against it; NOW, THEREFORE,

Plaintiff moves that this matter be dismissed with prejudice.

DATED this 24th day of February, 2006.

_____
WILFREDO TUNGOL
Attorney for Plaintiff