F I L E D
Clerk
District Court

FEB 2 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>SAKO CORPORATION,<br><br>Defendant | Civil Action No. 05-0022<br><br>ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE and CLOSING FILE |

BASED UPON plaintiff's motion to dismiss this matter with prejudice, and it appearing that good cause exists to grant the motion, NOW, THEREFORE,

IT IS ORDERED that this lawsuit is dismissed with prejudice and the file shall be closed effective the date of this order.

DATED this 27th day of February, 2006.

_____
ALEX R. MUNSON
Judge