WILLIAM R. TAMAYO
DAVID F. OFFEN-BROWN
WILFREDO TUNGOL
EEOC Honolulu Local Office
Prince Kuhio Federal Building #7-127
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-0051
Telephone: (808) 541-03121
Fax: (808) 541-3390

Attorneys For Plaintiff

F I L E D
Clerk
District Court

FEB 28 2006

For The Northern Mariana Island
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff <br><br> SAKO CORPORATION, <br><br> Defendant | Civil Action No. 05-0022 <br><br> MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE AND CLOSING FILE |

IT APPEARING THAT PLAINTIFF'S Motion for Dismissal with Prejudice filed on February 24, 2006 was improvidently moved on by Plaintiff's undersigned counsel, Plaintiff hereby moves the court to reconsider and vacate its Order of Dismissal with Prejudice and Closing File filed on February 27, 2006.

DATED: February 28, 2006.

_____
WILFREDO TUNGOL
**Attorney for Plaintiff**