FILED
Clerk
District Court

MAR - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. 05-0022 |
| Plaintiff | ) ) | |
| v. | ) ) ) | ORDER VACATING ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE and RE-OPENING FILE |
| SAKO CORPORATION, | ) ) | |
| Defendant | ) ) | |

BASED UPON plaintiff's motion to dismiss, and the court's subsequent order granting the motion to dismiss this matter with prejudice, and plaintiff's subsequent motion to reconsider its motion to dismiss, and there being no prejudice to defendant by granting this motion, NOW, THEREFORE,

IT IS ORDERED that the order of dismissal with prejudice be and hereby is vacated and that the file is hereby re-opened.

DATED this 1st day of March, 2006.

_____
ALEX R. MUNSON
Judge