```
 1  WILLIAM R. TAMAYO -- #084965 (CA)              FILED
    DAVID F. OFFEN-BROWN #063321 (CA)              Clerk
 2  EQUAL EMPLOYMENT OPPORTUNITY                   District Court
       COMMISSION
 3  San Francisco District Office                  MAY - 4 2006
    350 The Embarcadero, Suite 500
 4  San Francisco, CA  94105-1260                  For The Northern Mariana Islands
    Telephone:  (415) 625-5652                     By_____
 5  Facsimile:  (415) 625-5657                           (Deputy Clerk)

 6  WILFREDO TUNGOL
    EEOC Honolulu Local Office
 7  Prince Kuhio Federal Building #7-127
    300 Ala Moana Boulevard
 8  Honolulu, Hawaii 94850-0051
    Telephone: (808) 541-3121
 9  Facsimile: (808) 541-3390

10
    Attorneys for Plaintiff
11

12
                  IN THE UNITED STATES DISTRICT COURT
13          FOR THE  DISTRICT OF NORTHERN MARIANA ISLANDS

14
    EQUAL EMPLOYMENT OPPORTUNITY     )   CIVIL ACTION NO.05-0022
15  COMMISSION,                      )
                                     )   EX-PARTE MOTION TO
16                 Plaintiff,        )   DISMISS and ORDER
                                     )
17             v.                    )
    SAKO CORPORATION,                )
18                                   )
                                     )
19                 Defendant.        )
20  _____)

21           EX-PARTE MOTION FOR DISMISSAL

22       IT APPEARING that Defendant corporation has ceased to do
23  business in the Commonwealth, that it has no assets, and that
24  there is no reasonable prospect of obtaining a meaningful judgment
25  against it, and Plaintiff having entered Defendant's default;
26  NOW THEREFORE,
27  ///
28  ///
```

EEOC v. Sako Corp.                      1
Ex-Parte Motion to Dismiss

Plaintiff moves that this matter be dismissed without prejudice pursuant to F.R.Civ.P Rule 41(a)(2). Plaintiff reserves its right to reopen should circumstances change.

Date: 5/3/06

WILLIAM R. TAMAYO
Regional Attorney

Date: 5/3/06

DAVID OFFEN-BROWN
Supervisory Trial Attorney

Date:

WILFREDO TUNGOL
Trial Attorney

So ordered; this case is dismissed without prejudice.

Date: MAY 0 4 2006

ALEX R. MUNSON
Judge

EEOC v. Sako Corp.
Ex Parte Motion to Dismiss                 2

**RECEIVED**

MAY - 4 2006

Clerk
District Court
The Northern Mariana Islands